AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| BRYCE LITTLEJOHNS,<br><br>*Plaintiff(s)*<br>v.<br>CITY OF ARROYO GRANDE (See Attached),<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 2:21-cv-02315-SB-PVC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* JOHN NICHOLS
1042 Walnut St.
San Luis Obispo, CA 93401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  William D. Ausman
LAW OFFICES OF WILLIAM D. AUSMAN
8320 Morro Rd.
Atascadero, CA 93422

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____3/26/2021_____           _____Grace Kami_____
                                                                                     *Signature of Clerk or Deputy Clerk*

1  LAW OFFICES OF WILLIAM D. AUSMAN
   William D. Ausman (California State Bar Number 197995)
2  Bill.ausman@atownlaw.com
3  8320 Morro Rd.
   Atascadero, California 93422
4  Telephone: (805) 466-4800
   Facsimile:  (805) 466-4802
5

6  Attorney for Plaintiff BRYCE LITTLEJOHNS

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 | BRYCE LITTLEJOHNS,                        | CASE NO:
12 |             Plaintiff,                    | **COMPLAINT FOR DAMAGES**
13 | v.                                        | 1. Unreasonable Search and Seizure
   |                                           |    Detention and Arrest
14 |                                           |    (42 U.S.C. § 1983)
15 | CITY OF ARROYO GRANDE, CITY OF            | 2. Unreasonable Search and Seizure
   | SAN LUIS OBISPO, DAVID CULVER,            |    Excessive Force
16 | CHELSEA STEVENSON, KYLE                   |    (42 U.S.C. § 1983)
   | STERNJACOBS, JUSTIN UGHOC, JOHN           | 3. Unreasonable Search and Seizure
17 | NICHOLS, ANDREW DANLEY, MICHAEL           |    Denial of Medical Care
   | MANUELE and DOES 1-30,                    |    (42 U.S.C. § 1983)
18 |                                           | 4. Substantive Due Process
   |             Defendants.                   |    (42 U.S.C. § 1983)
19 |                                           | 5. False Arrest/False Imprisonment
   |                                           | 6. Battery
20 |                                           | 7. Negligence
   |                                           | 8. Violation of Bane Act
21 |                                           |    (Civil Code § 52.1)
22 |                                           | **DEMAND FOR JURY TRIAL**

23
                        **COMPLAINT FOR DAMAGES**
24
        1.      Plaintiff BRYCE LITTLEJOHNS brings his Complaint against Defendants
25
   CITY OF ARROYO GRANDE, CITY OF SAN LUIS OBISPO, DAVID CULVER, CHELSEA
26
   STEVENSON, KYLE STERNJACOBS, JUSTIN UGHOC, JOHN NICHOLS, ANDREW
27
   DANLEY, MICHAEL MANUELE, and DOES 1-30, inclusive, and alleges as follows:
28
   ///