Joshua M. George, SBN: 244565
Chase W. Martin, SBN: 260444
ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP
*Mailing Address*:  Post Office Box 3835
San Luis Obispo, CA  93403-3835
*Physical Address*:  6633 Bay Laurel Place
Avila Beach, CA  93424
Telephone: (805) 543-0990
Facsimile: (805) 543-0980
Email: george@ammcglaw.com, cmartin@ammcglaw.com

Attorneys for Defendants, City of Arroyo Grande and David Culver

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE LITTLEJOHNS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ARROYO GRANDE, COUNTY OF SAN LUIS OBISPO, DAVID CULVER CHELSEA STEVENSON, KYLE STERNJACOBS, JUSTIN UGHOC, JOHN NICHOLS, ANDREW DANLEY, MICHAEL MANUELE, and DOES 1-30,<br><br>    Defendants. | CASE NO.:  2:21-cv-02315-SB (PVCx)<br><br>**DEFENDANTS CITY OF ARROYO GRANDE AND DAVID CULVER'S DECLARATION AND EX PARTE APPLICATION TO REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE SCHEDULED FOR JUNE 18, 2021**<br><br>Scheduling Conference Date: June 18, 2021<br>Time: 8:30 a.m.<br>Courtroom: 6C<br>Assigned: Hon. Stanley Blumenfeld, Jr. |

## DECLARATION OF JOSHUA M. GEORGE

I, JOSHUA M. GEORGE, declare as follows:

I am an attorney at law duly licensed to practice before this Court and am a partner at Adamski, Moroski, Madden, Cumberland and Green, LLP, and counsel of record for Defendants CITY OF ARROYO GRANDE and DAVID CULVER

1

("City Defendants"). I have personal knowledge of the following facts and if called to testify as to them, would and could competently do so.

The court originally scheduled the Mandatory Scheduling Conference ("MSC") for June 11, 2021. Following this, Trial Counsel for the County defendants submitted a declaration and ex parte application with a request to be excused from attendance of same due to his unavailability on that date. The Court subsequently entered an order rescheduling the MSC to June 18, 2021.

I am lead trial counsel for the City Defendants. I am scheduled to fly to Montana with my family on Monday, June 14, 2021, with a return flight on Friday, June 18, 2021. My return flight is scheduled to take off at 9:05 a.m. PDT, and thus my return conflicts with the rescheduled MSC.

Counsel for all parties discussed this proposed request for a continuance of the Mandatory Scheduling Conference via email and counsel for the other parties do not object to this request. All counsel are available on July 2, 2021. I therefore respectfully request that the MSC be continued to July 2, 2021, to allow me to appear as required. All parties are requesting that the court set a trial date on an 18-month track and, as such, no party will be prejudiced by this short delay.

I declare under the penalty of perjury that the forgoing is true and correct. Executed this the Eighth day of June, 2021, at San Luis Obispo, California.

Joshua M. George
Declarant

L:\DMC ACTIVE CLIENT CASES\Littlejohns v. City of AG\Pleadings\Rqst to Cont MSC-City.doc

**DEFENDANTS CITY OF ARROYO GRANDE AND DAVID CULVER'S DECLARATION AND EX PARTE APPLICATION TO REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE SCHEDULED FOR JUNE 18, 2021**