FILED
CLERK, U.S. DISTRICT COURT

December 4, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE LITTLEJOHNS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF ARROYO GRANDE, COUNTY OF SAN LUIS OBISPO, DAVID CULVER, CHELSEA STEVENSON, KYLE STERNJACOBS, JUSTIN UGHOC, JOHN NICHOLS, ANDREW DANLEY, MICHAEL MANUELE, and DOES 1-30,<br><br>　　　　Defendants. | Case No.: 2:21-cv-02315-SB-PVC<br><br>**ORDER RE: STIPULATION RE AGREEMENT TO DISMISS LAWSUIT WITHOUT PREJUDICE**<br><br>*Complaint Filed 3/16/21*<br>*First Amended Complaint Filed 3/31/21* |

　　　The Court, having read and considered the Stipulation re: Agreement to Dismiss Lawsuit Without Prejudice filed by Plaintiff, Bryce Littlejohns, by and through his attorney of record William D. Ausman, Esq., Defendants, COUNTY OF SAN LUIS OBISPO; CHELSEA STEVENSON; KYLE STERNJACOB; JUSTIN UGHOC; JOHN NICHOLS; ANDREW DANLEY; and MICHAEL MANUELE, by and through their attorney Douglas C. Smith, Esq., and Defendants, CITY OF ARROYO GRANDE and DAVID CULVER, and having found good cause therefrom:

///

///

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that:

1. The above captioned matter is dismissed in its entirety, without prejudice, pursuant to the terms and conditions of the parties' stipulation. Stipulation, Dkt. No. 112.

2. The statute of limitations period as to all claims asserted by Plaintiff BRYCE LITTLEJOHNS in this action, pending against Defendants, COUNTY OF SAN LUIS OBISPO; CHELSEA STEVENSON; KYLE STERNJACOB; JUSTIN UGHOC; JOHN NICHOLS; ANDREW DANLEY; MICHAEL MANUELE; CITY OF ARROYO GRANDE; and DAVID CULVER, is tolled as to each of Plaintiff's Claims for 1) Unreasonable Search and Seizure Detention and Arrest (42 U.S.C. § 1983); 2) Unreasonable Search and Seizure Excessive Force (42 U.S.C. § 1983); 3) Unreasonable Search and Seizure Denial of Medical Care (42 U.S.C. § 1983); 4) Substantive Due Process (42 U.S.C. §1983); 5) False Arrest/False Imprisonment; 6) Battery; 7) Negligence; 8) Violation of Bane Act (Civil Code § 52.1).

3. The tolling of the applicable statutes of limitations period operates only to allow Plaintiff BRYCE LITTLEJOHNS to file a complaint, up to and including December 3, 2023, and not later, only for Claims for 1) Unreasonable Search and Seizure Detention and Arrest (42 U.S.C. § 1983); 2) Unreasonable Search and Seizure Excessive Force (42 U.S.C. § 1983); 3) Unreasonable Search and Seizure Denial of Medical Care (42 U.S.C. § 1983); 4) Substantive Due Process (42 U.S.C. §1983); 5) False Arrest/False Imprisonment; 6) Battery; 7) Negligence; 8) Violation of Bane Act (Civil Code § 52.1), and only against Defendants, COUNTY OF SAN LUIS OBISPO; CHELSEA STEVENSON; KYLE STERNJACOB; JUSTIN UGHOC; JOHN NICHOLS; ANDREW DANLEY; MICHAEL MANUELE; CITY OF ARROYO GRANDE; and DAVID CULVER.

4. All parties shall each bear their own respective fees and costs incurred up to the date of dismissal without prejudice.

5. All rights and obligation of each party to the Stipulation are preserved, with the exception of those matters expressly agreed upon of the tolling provisions set forth in Paragraph 5 of the Stipulation. Neither Defendant COUNTY OF SAN LUIS OBISPO; CHELSEA STEVENSON; KYLE STERNJACOB; JUSTIN UGHOC; JOHN NICHOLS; ANDREW DANLEY; MICHAEL MANUELE; CITY OF ARROYO GRANDE; nor DAVID CULVER waive any applicable defenses available to each defendant should Plaintiff reinstate his action.

DATED: December 4, 2021

By _____
Hon. Stanley Blumenfeld, Jr.
United States District Judge